OPINION — AG — ** DUAL OFFICE HOLDING — SUPERINTENDENT OF SCHOOLS — LEGISLATOR ** QUESTION: CAN A PERSON SERVE AS STATE SENATOR (LEGISLATOR) OR STATE REPRESENTATIVE AND AT THE SAME TIME SERVE AS A SUPERINTENDENT OF SCHOOLS OF A SCHOOL DISTRICT ? — AFFIRMATIVE (DUAL OFFICE, PUBLIC OFFICE) CITE: 51 O.S. 6 [51-6], 70 O.S. 4-8 [70-4-8], OPINION NO. JUNE 5, 1939 (J. H. JOHNSON)